**Anissa Beth LaJEUNESSE, Respondent,**

v.

**Mark LaJEUNESSE, Appellant.**

**No. WD 76731.**

Missouri Court of Appeals,
Western District.

May 20, 2014.

Mark Lajeunesse, Moberly, MO, Appellant Acting Pro Se.

Daniel Pingelton, Columbia, MO, for Respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Mr. Mark Lajeunesse appeals the trial court's judgment denying the modification of child custody and child support awards and ordering him to pay Ms. Anissa LaJeunesse's attorney fees and the guardian ad litem fees.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).